## Carbone Appeal.

Argued April 20, 1959.   Before Jones, C. J., Bell, Musmanno, Jones, Cohen, Bok and McBride, JJ.

*Irwin Albert,* for appellant.

*James S. Bowman,* with him *Addison M. Bowman, Jr.,* and *Nauman, Smith, Shissler & Hall,* for appellee.

Opinion per Curiam, April 24, 1959:

The order of the court below is affirmed on the opinion of Judge Jacobs, reported in 16 Pa. D. & C. 2d 500.